# ELECTRONIC RECORD

**867·15**

COA # 14-13-00818-CR          OFFENSE: AGGRAVATED ASSAULT

STYLE: WASHINGTON, ANTHONY EARL          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 248th District Court

DATE: 05/12/2015          Publish: NO     TC CASE #:     1373285

# IN THE COURT OF CRIMINAL APPEALS

**867·15**

STYLE: WASHINGTON, ANTHONY EARL v.          CCA #:     **867·15**

_PRO    SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

DISMISSED AS UNTIMELY          JUDGE: _____

DATE:     07/15/2015          SIGNED: _____     PC: _____

JUDGE:     Per Curiam          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**